UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS,LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No. 17-cv-05960-SVK<br><br>**ORDER GRANTING EXTENSION OF TIME TO SERVE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 12, 13 |

Before the Court are Plaintiff's *ex parte* motion for a 60-day extension of time to serve the complaint and Plaintiff's *ex parte* motion to adjourn the January 16, 2018 initial case management conference indefinitely. ECF 12, 13. Plaintiff states that it has not yet received records it subpoenaed from Defendant's internet service provider in an attempt to determine Defendant's identity.

Good cause appearing for a reasonable extension of these case deadlines, the Court ORDERS as follows:

1. Plaintiff shall have an extension of 45 days, until March 1, 2018, to complete service of the summons and complaint; and

2. The initial case management conference scheduled for January 16, 2018 is continued for approximately 90 days, to April 17, 2018. The deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (ECF 6) that are associated with the initial case management conference are continued accordingly.

**SO ORDERED.**

Dated: January 10, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge